ARTHUR J. SEMETIS, P.C.
Constantine T. Tzifas, Esq.
286 Madison Avenue, Suite 1801
New York, New York 10017
ctzifas@semetislaw.com
Tel: (212) 557-5052
Fax: (212) 557-5051
*Attorneys for Gotham Drywall Inc. and*
*John Fitzpatrick*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Case No.: 20-cv-06384
---------------------------------------------------------------X
LUCIO CALDERON, on behalf of himself and all
other similarly situated,

                                    *Plaintiff*,              **ANSWER OF**
                                                           **JOHN FITZPATRICK**

                     -against-

GOTHAM DRYWALL, INC., ATLANTIC
CONTRACTING OF YONKERS, INC., ATLANTIC
DRYWALL CONTRACTING INC., JOEL
ACEVEDO, and JOHN FITZPATRICK,

                                    *Defendants*.
---------------------------------------------------------------X

        Defendant, John Fitzpatrick ("Fitzpatrick"), by his attorneys, Arthur J. Semetis, P.C., as and

for his answer to the Complaint ("Complaint"), upon information and belief, states as follows:

## AS AND FOR A RESPONSE THE
## PRELIMINARY STATEMENT

1.      Denies the truth of the allegations set forth in paragraph 1 of the Complaint as they

relate to Fitzpatrick and Gotham Drywall Inc. ("Gotham Drywall"), and denies knowledge or

information sufficient to form a belief as to the truth of the remainder of the allegations set forth

in paragraph 1 of the Complaint.

2.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in paragraph 2 of the Complaint.

## AS AND FOR A RESPONSE

**TO JURISDICTION AND VENUE**

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the Complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Complaint.

**AS AND FOR A RESPONSE
TO THE PARTIES**

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the Complaint.

8. Denies the truth of the allegations set forth in paragraph 8 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 8 of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

10. Admits the truth of the allegations set forth in paragraph 12 of the Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 of the Complaint.

16. With respect to the allegations set forth in paragraph 18 of the Complaint admits that Fitzpatrick is the President of Gotham Drywall Inc., and denies the truth of the remainder of the allegations set forth in paragraph 18 of the Complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19 of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 of the Complaint.

19. Denies the truth of the allegations set forth in paragraph 21 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 21 of the Complaint.

20. Admits the truth of the allegations set forth in paragraph 22 of the Complaint as they relate to Gotham Drywall, denies the truth of the allegations set forth in paragraph 22 of the Complaint as they relate to Fitzpatrick, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 22 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE FACTUAL ALLEGATIONS**

21.     Admits the truth of the allegations set forth in paragraph 23 of the Complaint.

22.     Denies the truth of the allegations set forth in paragraph 24 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 24 of the Complaint.

23.     Denies the truth of the allegations set forth in paragraph 25 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 25 of the Complaint.

24.     Denies the truth of the allegations set forth in paragraph 26 of the Complaint.

25.     Denies the truth of the allegations set forth in paragraph 27 of the Complaint.

26.     Denies the truth of the allegations set forth in paragraph 28 of the Complaint.

27.     Denies the truth of the allegations set forth in paragraph 29 of the Complaint.

28.     Denies the truth of the allegations set forth in paragraph 30 of the Complaint.

29.     Denies the truth of the allegations set forth in paragraph 33 of the Complaint.

30.     Denies the truth of the allegations set forth in paragraph 34 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 34 of the Complaint.

31.     Denies the truth of the allegations set forth in paragraph 35 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 35 of the Complaint.

32.     Denies the truth of the allegations set forth in paragraph 36 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 36 of the Complaint.

33.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 of the Complaint.

34.     Denies the truth of the allegations set forth in paragraph 38 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 38 of the Complaint.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of the Complaint.

36.     Denies the truth of the allegations set forth in paragraph 40 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 40 of the Complaint.

37.     Denies the truth of the allegations set forth in paragraph 41 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 41 of the Complaint.

38.     Denies the truth of the allegations set forth in paragraph 42 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 42 of the Complaint.

39.     Denies the truth of the allegations set forth in paragraph 43 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 43 of the Complaint.

40. Denies the truth of the allegations set forth in paragraph 44 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 44 of the Complaint.

41. Denies the truth of the allegations set forth in paragraph 45 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 45 of the Complaint.

42. Denies the truth of the allegations set forth in paragraph 46 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 46 of the Complaint.

43. Denies the truth of the allegations set forth in paragraph 47 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 47 of the Complaint.

44. Denies the truth of the allegations set forth in paragraph 48 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 48 of the Complaint.

45. Denies the truth of the allegations set forth in paragraph 49 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 49 of the Complaint.

46. Denies the truth of the allegations set forth in paragraph 50 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 50 of the Complaint.

47. Denies the truth of the allegations set forth in paragraph 51 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 51 of the Complaint.

48. Denies the truth of the allegations set forth in paragraph 52 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 52 of the Complaint.

49. Denies the truth of the allegations set forth in paragraph 53 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 53 of the Complaint.

50. Denies the truth of the allegations set forth in paragraph 54 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 54 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE COLLECTIVE ACTION ALLEGATIONS**

51. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55 of the Complaint.

52. Denies the truth of the allegations set forth in paragraph 56 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 56 of the Complaint.

53. Denies the truth of the allegations set forth in paragraph 57 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 57 of the Complaint.

54. Denies the truth of the allegations set forth in paragraph 58 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 58 of the Complaint.

**AS AND FOR A RESPONSE**

55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59 of the Complaint.

56.     Denies the truth of the allegations set forth in paragraph 60 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 60 of the Complaint.

57.     Denies the truth of the allegations set forth in paragraph 61 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 61 of the Complaint.

58.     Denies the truth of the allegations set forth in paragraph 62 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 62 of the Complaint.

59.     Denies the truth of the allegations set forth in paragraph 63 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 63 of the Complaint.

60.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64 of the Complaint.

61.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65 of the Complaint.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 66 of the Complaint.

63.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67 of the Complaint.

64. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 of the Complaint.

<strong>AS AND FOR A RESPONSE<br>TO THE FIRST CAUSE OF ACTION</strong>

65. In response to paragraph 69 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 68 of the Complaint as if fully set forth herein.

66. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 70 of the Complaint.

67. Denies the truth of the allegations set forth in paragraph 71 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 71 of the Complaint.

68. Denies the truth of the allegations set forth in paragraph 72 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 72 of the Complaint.

69. Denies the truth of the allegations set forth in paragraph 73 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 73 of the Complaint.

<strong>AS AND FOR A RESPONSE<br>TO THE SECOND CAUSE OF ACTION</strong>

70. In response to paragraph 74 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 73 of the Complaint as if fully set forth herein.

71. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 75 of the Complaint.

72. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 76 of the Complaint.

73.     Denies the truth of the allegations set forth in paragraph 77 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 77 of the Complaint.

74.     Denies the truth of the allegations set forth in paragraph 78 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 78 of the Complaint.

75.     Denies the truth of the allegations set forth in paragraph 79 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 79 of the Complaint.

76.     Denies the truth of the allegations set forth in paragraph 80 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 80 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE THIRD CAUSE OF ACTION**

77.     In response to paragraph 81 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 80 of the Complaint as if fully set forth herein.

78.     Denies the truth of the allegations set forth in paragraph 82 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 82 of the Complaint.

79. Denies the truth of the allegations set forth in paragraph 83 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 83 of the Complaint.

80. Denies the truth of the allegations set forth in paragraph 84 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 84 of the Complaint.

81. Denies the truth of the allegations set forth in paragraph 85 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 85 of the Complaint.

82. Denies the truth of the allegations set forth in paragraph 86 of the Complaint as they relate to Fitzpatrick and Gotham Drywall, and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 86 of the Complaint

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

83. The Complaint fails to state a cause of action upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

84. Plaintiff was never employed by Fitzpatrick or Gotham Drywall.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

85. Plaintiff never performed any work for Fitzpatrick or Gotham Drywall.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

86. Fitzpatrick did not possess control over Plaintiff's working conditions, or over the policies and practices with respect to the employment and compensation of Plaintiff Loor and/or any similarly situated individuals.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

87. Plaintiff did not perform any services for Fitzpatrick or Gotham Drywall.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

88.     At all times relevant hereto, Fitzpatrick did not violate any of Plaintiff's rights secured under any federal, state or local law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

89.     Gotham Drywall is not part of a single integrated enterprise as defined under the FLSA of New York Labor Law.

**WHEREFORE**, John Fitzpatrick, respectfully demands judgment as follows:

a)     Dismissing the Complaint in its entirety; and

b)     Awarding attorney's fees, costs and disbursements and interest.

Dated: New York, New York
       January 29, 2021

Arthur J. Semetis, P.C.


By: /s/ Constantine T. Tzifas
    Constantine T. Tzifas
Attorneys for *Gotham Drywall Inc.
and John Fitzpatrick*
286 Madison Avenue – Suite 1801
New York, New York 10017
(212) 557-5055