**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LUCIO CALDERON and MANUEL GUAMAN,

                           Plaintiffs,

      -against-

GOTHAM DRYWALL, INC., ATLANTIC
CONTRACTING OF YONKERS, INC., JOEL
ACEVEDO, and JOHN FITZPATRICK,

                   Defendants.

20-CV- 6384-ERK-MMH

**<u>NOTICE OF ACCEPTANCE</u>**

       **On November 23, 2021**, Defendants Atlantic Contracting of Yonkers, Inc., and Joel

Acevedo served an Offer of Judgment in the amount of $75,000.00 ("Offer") on Plaintiffs

LUCIO CALDERON and MANUEL GUAMAN.  A copy of the Offer is attached hereto as

Exhibit "A". Plaintiffs LUCIO CALDERON and MANUEL GUAMAN accept Defendants'

Offer and respectfully request judgment in their favor in accordance with the Offer.

DATED:     December 1, 2021

                                Respectfully submitted,

                                HARRISON, HARRISON & ASSOCIATES

                                __/S/ DAVID HARRISON_____
                                David Harrison (DH 3413)
                                110 State Highway 35, 2nd Floor
                                Red Bank, NJ 07701
                                (718) 799-9111 Phone
                                (718) 799-9171 Fax
                                [dharrison@nynjemploymentlaw.com](mailto:dharrison@nynjemploymentlaw.com)
                                *Attorneys for Plaintiffs*

To:

Richard A. Portale, Esq.
Portale Randazzo LLP
245 Main St., Suite 340
White Plains, NY 10601
*Attorneys for Defendants Atlantic Contracting of Yonkers, Inc. & Joel Acevedo*

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
LUCIO CALDERON and MANUEL GUAMAN,
on behalf of themselves and all other similarly situated

                                          Plaintiffs,

                    -against-                             1:20-CV-06384-ERK-MMH

GOTHAM DRYWALL, INC., ATLANTIC
CONTRACTING OF YONKERS, INC., JOEL
ACEVEDO, and JOHN FITZPATRICK,

                                       Defendants.
------------------------------------------------------------------------x

### Rule 68 Offer of Judgment

To:    David Harrison
        Harrison, Harrison & Associates, Ltd.
        110 Highway 35, Suite 10
        Red Bank, NJ 07701
        Phone: (718) 799-9111
        Email: dharrison@nynjemploymentlaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Atlantic Contracting of Yonkers, Inc., and Joel Acevedo ("Atlantic Defendants") hereby offer to allow judgment in be entered in favor of Lucio Calderon and Manuel Guaman ("Plaintiffs") and against them in the amount of $75,000.00 (seventy-five thousand dollars), inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Atlantic Defendants in the complaint of this action to the date of this offer. This shall be the total amount to be paid by Atlantic Defendants on account of any liability claimed in this action. This amount was paid to the Plaintiffs in five installments as follows:

(i) $25,000 paid on October 5, 2021,

(ii) $12,500 paid on October 15, 2021,

(iii) $12,500 paid on October 29, 2021,

(iv) $12,500 paid on November 10, 2021, and

(v) $12,500 paid on November 23, 2021.

Additionally, the parties agree that as a condition of this offer, Plaintiffs will stipulate to a voluntary dismissal with prejudice of their claims against Gotham Drywall Inc. and John Fitzpatrick ("Gotham") in the instant action.

This judgment, paid in full, shall be in full satisfaction of all federal, and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the Atlantic Defendants and Gotham, in connection with the facts and circumstances that are the subject of the complaint in this action, from the beginning of the world to the date of Plaintiff's acceptance of this Offer of Judgment.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Atlantic Defendants or Gotham, or any employee or agent of Atlantic Defendants or Gotham, nor is it an admission that Plaintiff has suffered any damages.

This Offer of Judgment may only be accepted up to and including fourteen (14) days after service of this Offer. If the Plaintiff does not accept this offer within fourteen (14) days after service of this Offer upon plaintiff, this Offer will be deemed rejected.

The judgment shall contain and recite the terms and conditions set forth herein.


DATED:        November 23, 2021


Respectfully submitted,

By: /s/ Richard Portale
Richard A. Portale
Portale Randazzo LLP
245 Main St., Suite 340
White Plains, NY 10601
Phone: (914) 359-2400
Fax: (914) 801-5447

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Offer of Judgment was served on David Harrison, Esq., counsel for Plaintiffs LUCIO CALDERON and MANUEL GUAMAN, via electronic mail at dharrison@nynjemploymentlaw.com on November 23, 2021.

/s/ Richard Portale