**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LUCIO CALDERON and MANUEL GUAMAN,

                       Plaintiffs,

    -against-

GOTHAM DRYWALL, INC., ATLANTIC
CONTRACTING OF YONKERS, INC., JOEL
ACEVEDO, and JOHN FITZPATRICK,

                       Defendants.

**20-CV-6384-ERK-MMH**

**NOTICE OF DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs LUCIO

CALDERON and MANUEL GUAMAN by their counsel, hereby give notice that the above-captioned

action is voluntarily dismissed, without prejudice, against Defendants GOTHAM DRYWALL, INC.,

ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, and JOHN FITZPATRICK.

Dated:  December 1, 2021

                       /s/David Harrison_
                       David Harrison, Esq.
                       110 Highway 35, Suite 10
                       Red Bank, NJ 07748
                       T: 718-799-9111
                       F: 718-799-9171
                       dharrison@nynjemploymentlaw.com
                       *Attorneys for Plaintiffs*