UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUCIO CALDERON and MANUEL GUAMAN,
on behalf of themselves and all other similarly
situated,

                              Plaintiffs,

   v.

GOTHAM DRYWALL, INC., ATLANTIC
CONTRACTING OF YONKERS, INC.,
JOEL ACEVEDO, and JOHN FITZPATRICK,

                              Defendants.
----------------------------------------------------------------X

JUDGMENT

20-CV-06384-ERK-MMH

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 1, 2021; and Defendants Atlantic Contracting of Yonkers, Inc., and Joel Acevedo having offered to allow judgment in this action to be taken against them and in favor of Plaintiffs Lucio Calderon and Manuel Guaman in the amount of $75,000.00 (seventy-five thousand dollars), inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Atlantic Defendants in the complaint of this action to the date of this offer; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Lucio Calderon and Manuel Guaman and against Defendants Atlantic Contracting of Yonkers, Inc., and Joel Acevedo in the amount of $75,000.00 (seventy-five thousand dollars), inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Atlantic Defendants in the complaint of this action to the date of this offer; that this shall be the total amount to be paid by Atlantic Defendants on account of any liability claimed in this action; and that this amount was paid to the Plaintiffs in five installments as follows: (i) $25,000 paid on October 5, 2021, (ii) $12,500 paid on October 15,

2021, (iii) $12,500 paid on October 29, 2021, (iv) $12,500 paid on November 10, 2021, and (v) $12,500 paid on November 23, 2021.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 8, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By: _/s/Jalitza Poveda_<br>Deputy Clerk |